BEFORE THE FIRST DIVISION, JUNE 3, 1949

**No. 53223.**—Ali Shabbir India Co., Inc., et al. *v.* United States, protests 146376–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 3, 1949

**No. 53224.**—Vintage Wines, Inc. *v.* United States, protest 129791–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the wine is in fact artificially carbonated by the addition of pure carbon dioxide, by means of appropriate saturating apparatus at the time of bottling, the claim of the plaintiff was sustained.